United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ANNE WOOLSEY,<br>    Plaintiff,<br>  v.<br>JOSEPH PAUL FLAHERTY,<br>    Defendant. | Case No. 16-cv-05393-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 6 |

The court has reviewed Magistrate Judge Laporte's Report and Recommendation to Remand. The time to file objections has passed and no objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, this case is REMANDED to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: December 16, 2016



WILLIAM H. ORRICK
United States District Judge